IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHER DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| PATRICIA M. DUBBS, as Administratrix of the Estate of CLAYTON R. DUBBS, Deceased, ) ) ) | |
| Plaintiff, ) ) | No.: 3:22-cv-50314 |
| v. ) ) | |
| CADE N. BAUER, ) ) | |
| Defendant. ) | |

**REPORT AND RECOMMENDATION**

THIS CAUSE COMING ON TO BE HEARD on the Motion to Approve Settlement of Wrongful Death Action and to Approve Distribution of Funds filed by Plaintiff, PATRICIA M. DUBBS, as Administratrix of the Estate of CLAYTON R. DUBBS, Deceased, due notice having been given, and the Court having reviewed Plaintiff's Motion to Approve Settlement of Wrongful Death Action and to Approve Distribution of Funds, and being fully advised in the premises;

IT IS HEREBY RECOMMENDED THAT:

1. The settlement amount of $100,000.00 be found fair and reasonable and is approved.

2. The settlement of $100,000.00 be allocated as follows:

    Wrongful Death             $100,000.00 (100%)

3. The attorneys for the Plaintiff be found entitled to fees in the amount of $33,333.33 (33 1/3% of $100,000.00), allocated as follows:

    Wrongful Death             $33,333.33 (100%)

4. Plaintiff's attorneys be found entitled to reimbursement for reasonable and necessary expenses attributable to the lawsuit in the amount of $6,141.25, allocated as follows:

    Wrongful Death             $6,141.25 (100%)

1

5.  The next of kin of the decedent under the Wrongful Death Count and the percentages of dependency be established at:

| Patricia Dubbs, mother | 33.33% |
| --- | --- |
| Gregory Dubbs, father | 33.33% |
| Victor Dubbs, brother | 33.33% |

6.  The settlement amount allocated to the Wrongful Death Count to be distributed in accordance with the above findings and percentages of dependency as follows:

    $ 100,000.00         (100% of gross settlement)

    - $ 33,333.33        (100% of attorney's fees)

    - $   6,141.25       (100% of expenses)

    $ 60,525.42          PATRICIA M. DUBBS, as Administratrix of the Estate of CLAYTON R. DUBBS, Deceased, to be distributed as follows:

| Patricia Dubbs, mother | $20,175.14 |
| --- | --- |
| Gregory Dubbs, father | $20,175.14 |
| Victor Dubbs, brother | $20,175.14 |

7.  The Survival Action Count be dismissed.

8.  The case be dismissed with prejudice against Defendant with parties to bear their own costs.

IT IS FURTHER RECOMMENDED that the amount distributable, based on dependency, be accounted for and administered in the Probate Division in Alleghany County, Pennsylvania and that the amount distributable to the representative appointed by the probate division as an asset of the decedent's estate or for distribution under the Wrongful Death Act be paid only upon the presentation of an order entered in the Probate Division authorizing the representative to receive the distributable amount and approving the bond or other security required in connection therewith.

Date: 02/29/2024  ENTER:

*Margaret J. Schneider*
United States Magistrate Judge