# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| Patricia M Dubbs, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 22 CV 50314 |
| v. | ) | |
| | ) | Hon. Iain D. Johnston |
| Cade N Bauer, | ) | |
| Defendants. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

      On 2/29/2024 Judge Schneider entered a report and recommendation [36] that the settlement agreement amount in this wrongful death proceeding be approved as having been found to be fair and reasonable. Under the terms of the settlement agreement, the settlement amount is $100,000.00, of that plaintiff's counsel would be entitled to $33,333.33 in fees, $6,141.25 in costs, and the remaining amount would be distributed evenly to three next of kin in the amount of $20,175.14 each. Judge Schneider gave to 3/14/2024 for any objection to her report and recommendation, and to date none has been filed. After careful review of Judge Schneider's order and in the absence of any objection, this Court adopts her report and recommendation [36] in full and approves the settlement amount and the amount and manner of distributions for the wrongful death count. In light of the parties' agreement, the survival account count is dismissed, and the case is dismissed with prejudice with each side to bear its own costs. Civil case terminated.

Date: April 1, 2024

                                                          Iain D. Johnston
                                                          United States District Judge